Rose Levintan, Respondent, v. Henry Levintan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Van Norden Trust Company, as Executor of and Trustee under the Last Will and Testament of Henry A. Smith, Deceased, v. Edward F. Murphy, Individually and as Executor and Trustee under the Last Will and Testament of Hugh Smith, Deceased, and as Administrator, etc., of John H. Murphy, Deceased, and Others.— Motion denied, without costs. Settle order on notice.

Jennie De G. Monahan v. Louis De L. Ward.— Motion denied, without costs, with leave to renew on the decision of the motion at Special Term to open the default.

Samuel R. Smith v. Frank E. Anderson.— Motion denied on conditions stated in order.

Beatrice Dreyfus v. Emil Dreyfus.— Motion granted, with ten dollars costs.

Joshua M. Cooper v. Kings County Savings Institution.— Motion granted, with ten dollars costs.

George Kelly v. Max W. Mayer and Others.— Motion granted, with ten dollars costs.

Morris Reisler v. John H. Springer.— Motion granted, with ten dollars costs.

John W. Castle v. Frederick C. Pearson.— Motion granted, with ten dollars costs.

Joseph S. Atkins v. Timothy E. Fitzpatrick.— Motion denied, with ten dollars costs.

Harry S. Hooker v. Mille Toch, Impleaded.— Motion denied, with ten dollars costs.

In the Matter of the Attorney-General v. Consolidated Gas Company.— Motion denied, with ten dollars costs.

Pabst Brewing Company v. Rapid Safety Filter Company.— Application denied, with ten dollars costs.

Richard S. Kelley v. Herman Wronkow.— Motion granted. Settle order on notice.

Samuel R. Smith v. Frank E. Anderson.— Motion to open default granted on payment of ten dollars costs. Settle order on notice.

In the Matter of West Twentieth and Twenty-second Streets.— Motion granted.

In the Matter of Riverside Drive.— Motion granted.

In the Matter of West One Hundred and Sixty-second Street.— Motion granted.

The People of the State of New York ex rel. Edward G. Tully, Relator, v. Thomas F. Smith, as Clerk of the City Court of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

Adam P. Dienst, Appellant, v. The City of New York and the New York, New Haven and Hartford Railroad Company, Respondents.— Judgment affirmed, with costs. No opinion.

Johannes E. Schroeder and Herman Brauss, as Ancillary Administrators, etc., of Johannes Schroeder, Deceased, Appellants, v. Albion L. Page, as Ancillary Executor, etc., of John M. Young, Deceased, Respondent.— Judgment affirmed,